IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM H. SHEHADI, JR., A CONSERVED PERSON, BY AND THROUGH THE CONSERVATOR OF HIS ESTATE, ALBERT B. SHEHADI<br>Plaintiff<br><br>v.<br><br>MARK CUSSON, ET AL<br>Defendants | Civil Action No.: 3:18-CV-00360 (WWE)<br><br><br>APRIL 26, 2018 |

## ANSWER AND AFFIRMTIVE DEFENSES

1. I lack sufficient knowledge and therefore leave the plaintiff to his proof.

2. As to the first sentence, the defendant lacks sufficient knowledge to respond and therefore leaves the plaintiff to his proof. To the extent, if at all, that the second sentence is directed to the defendant, it is admitted.

3. I lack sufficient knowledge and therefore leave the plaintiff to his proof.

4. I lack sufficient knowledge and therefore leave the plaintiff to his proof.

5. I lack sufficient knowledge and therefore leave the plaintiff to his proof.

6. I lack sufficient knowledge and therefore leave the plaintiff to his proof.

7. I admit that I was employed by the State as a Forensic Treatment Specialist. As to the remaining allegations, the rest of the allegations are not about me.

8. Admit that I was.

9. Admit that I was.

10. I lack sufficient knowledge and therefore leave the plaintiff to his proof.

11. I lack sufficient knowledge and therefore leave the plaintiff to his proof.

12. I lack sufficient knowledge and therefore leave the plaintiff to his proof.
13. I lack sufficient knowledge and therefore leave the plaintiff to his proof.
14. Denied as to me.
15. I lack sufficient knowledge and therefore leave the plaintiff to his proof.
16. I lack sufficient knowledge and therefore leave the plaintiff to his proof.
17. I lack sufficient knowledge and therefore leave the plaintiff to his proof.
18. I lack sufficient knowledge and therefore leave the plaintiff to his proof.
19. Admitted.
20. I lack sufficient knowledge and therefore leave the plaintiff to his proof.
21. I lack sufficient knowledge and therefore leave the plaintiff to his proof.
22. I lack sufficient knowledge and therefore leave the plaintiff to his proof.
23. I lack sufficient knowledge and therefore leave the plaintiff to his proof.
24. Denied.
25. Denied.
26. I lack sufficient knowledge and therefore leave the plaintiff to his proof.
27. Denied as to me.
28. Denied as to me.
29. I lack sufficient knowledge and therefore leave the plaintiff to his proof.
30. I lack sufficient knowledge and therefore leave the plaintiff to his proof.
31. Denied as to me.
32. I lack sufficient knowledge and therefore leave the plaintiff to his proof.
33. Admitted.
34. I lack sufficient knowledge and therefore leave the plaintiff to his proof.

35. I lack sufficient knowledge and therefore leave the plaintiff to his proof.

36. Denied that I inflicted abuse. As to the remaining allegations, I lack sufficient knowledge and therefore leave the plaintiff to his proof.

37. Admitted as to me.

**FIRST CLAIM FOR RELIEF**

Paragraphs 1 through 37 are realleged here and fully reincorporated into this First Claim for Relief, the remainder of the allegations in the First Claim for Relief are denied as to me.

**SECOND CLAIM FOR RELIF**

Paragraphs 1 through 37 are realleged here and fully reincorporated into this Second Claim for Relief, the remainder of the allegations in the Second Claim for Relief are denied as to me.

**THIRD CLAIM FOR RELIF**

Paragraphs 1 through 37 are realleged here and fully reincorporated into this Third Claim for Relief, the remainder of the allegations in the Third Claim for Relief are denied as to me.

**FOURTH CLAIM FOR RELIF**

Paragraphs 1 through 37 are realleged here and fully reincorporated into this Fourth Claim for Relief, the remainder of the allegations in the Fourth Claim for Relief are denied as to me.

**FIFTH CLAIM FOR RELIF**

Paragraphs 1 through 37 are realleged here and fully reincorporated into this Fifth Claim for Relief, the remainder of the allegations in the Fifth Claim for Relief are denied as to me.

**SIXTH CLAIM FOR RELIF**

Paragraphs 1 through 37 are realleged here and fully reincorporated into this Sixth Claim for Relief, the remainder of the allegations in the Sixth Claim for Relief are denied as to me.

## AFFIRMATIVE DEFENSES

1. The plaintiff's claims against the defendant are barred by qualified immunity.

2. The plaintiff's state of law claims against the defendant are barred by sovereign immunity.

3. The plaintiff's state law claims against the defendant are barred by statutory immunity.

4. The plaintiff's allegations against this defendant lack sufficient factual detail or specialty to state a plausible claim upon which relief may be granted and therefore this action should be dismissed pursuant to the doctrine of Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 570 (2007), and Ashcroft v. Iqbal, 556 U.S. 662 (2009).

5. Any injuries suffered by the plaintiff were the result solely of his own wrongdoing.

6. The plaintiff and his conservator failed to mitigate any damages allegedly suffered.

WILLIAM BETHEA

*/s/ Willie Bethea*

Willie Bethea
41 Robin Court
Middletown, CT 06457
413.241.1084
Betheawillie668@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Willie Bethea*
Willie Bethea