UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM H. SHEHADI, JR., <br> Plaintiff, | : | 3:18-CV-00360 (WWE) |
| v. | : | |
| MARK CUSSON, ET AL., <br> Defendants. | : | APRIL 30, 2018 |

## ANSWER AND AFFIRMATIVE DEFENSES OF ROBERT MARTINEAU

1. Admit.

2. Admit.

3. Admit that the plaintiff is a psychiatric acquittee in the care and custody of the Connecticut Department of Mental Health and Addiction Services. The defendant has no knowledge of the balance of the allegations in this paragraph and leaves the plaintiff to his proof.

4. The defendant has no personal knowledge as to the allegations of this paragraph and leaves the plaintiff to his proof.

5. The defendant has no personal knowledge as to the allegations of this paragraph and leaves the plaintiff to his proof.

6. The defendant has no personal knowledge as to the allegations of this paragraph and leaves the plaintiff to his proof.

7. Admit that the defendant was an employee of the State of Connecticut, and was responsible for providing humane and dignified care and supervision to the plaintiff. The defendant leaves the plaintiff to his proof as to the employment status of the various other defendants named in this paragraph.

8. The defendant denies being involved in, or witnessing, misconduct of any kind.

9. The defendant has no personal knowledge as to the allegations of this paragraph and leaves the plaintiff to his proof.

10. The defendant has no personal knowledge as to the allegations of this paragraph and leaves the plaintiff to his proof.

11. The defendant has no personal knowledge as to the allegations of this paragraph and leaves the plaintiff to his proof.

12. The defendant has no personal knowledge as to the allegations of this paragraph and leaves the plaintiff to his proof.

13. The defendant has no personal knowledge as to the allegations of this paragraph and leaves the plaintiff to his proof.

14. Denied.

15. The defendant has no personal knowledge as to the allegations of this paragraph and leaves the plaintiff to his proof.

16. The defendant has no personal knowledge as to the allegations of this paragraph and leaves the plaintiff to his proof.

17. The defendant has no personal knowledge as to the allegations of this paragraph and leaves the plaintiff to his proof.

18. The defendant has no personal knowledge as to the allegations of this paragraph and leaves the plaintiff to his proof.

19. Admit that the plaintiff suffers from the limitations described, but denies involvement in, or knowledge of, misconduct of any kind..

20. The defendant has no personal knowledge as to the allegations of this paragraph and leaves the plaintiff to his proof.

21. The defendant has no personal knowledge as to the allegations of this paragraph and leaves the plaintiff to his proof.

22. The defendant has no personal knowledge as to the allegations of this paragraph and leaves the plaintiff to his proof.

23. The defendant has no personal knowledge as to the allegations of this paragraph and leaves the plaintiff to his proof.

24. Denied as to the defendant, the plaintiff is left to his proof as to the acts and omissions of others.

25. Denied as to the defendant, the plaintiff is left to his proof as to the acts and omissions of others.

26. The defendant has no personal knowledge as to the allegations of this paragraph and leaves the plaintiff to his proof.

27. The defendant has no personal knowledge as to the allegations of this paragraph and leaves the plaintiff to his proof.

28. The defendant has no personal knowledge as to the allegations of this paragraph and leaves the plaintiff to his proof.

29. The defendant has no personal knowledge as to the allegations of this paragraph and leaves the plaintiff to his proof.

30. The defendant has no personal knowledge as to the allegations of this paragraph and leaves the plaintiff to his proof.

31. Denied as to the defendant, , the plaintiff is left to his proof as to the acts and omissions of others.

32. The defendant has no personal knowledge as to the allegations of this paragraph and leaves the plaintiff to his proof.

33. This calls for a legal conclusion that the defendant can neither admit nor deny.

34. The defendant has no personal knowledge as to the allegations of this paragraph and leaves the plaintiff to his proof.

35. The defendant has no personal knowledge as to the allegations of this paragraph and leaves the plaintiff to his proof.

36. The defendant has no personal knowledge as to the allegations of this paragraph and leaves the plaintiff to his proof.

37. The defendant has no personal knowledge as to the allegations of this paragraph and leaves the plaintiff to his proof.

### First Claim for Relief

The allegations of paragraphs two through six are denied.

### Second Claim for Relief

The allegations of paragraphs two through seven are denied.

### Third Claim for Relief

The allegations of paragraphs two through six are denied.

### Fourth Claim for Relief

The allegations of paragraphs two through four are denied.

### Fifth Claim for Relief

The allegations of paragraphs two through six are denied.

## Sixth Claim for Relief

The allegations of paragraphs two through five are denied.

## AFFIRMATIVE DEFENSES

1. The plaintiff's claims against the defendant are barred by qualified immunity.
2. The plaintiff's state law claims against the defendant are barred by sovereign immunity
3. The plaintiff's state law claims against the defendant are barred by statutory immunity.
4. The plaintiff and his conservator have failed to mitigate any damages allegedly suffered.
5. Any injuries sustained by the plaintiff were a direct and proximate result of his own misconduct.

THE DEFENDANT

By /S/ NORMAN A. PATTIS
    Pattis & Smith, LLC
    383 Orange St., First Floor
    New Haven, CT 06511
    203.393.3017
    203.393.9745
    Ct13120
    npattis@pattislaw.com

## CERTIFICATION

I hereby certify that on April 30, 2018, a copy of the foregoing was filed electronically and sent by regular mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by email to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF system.

/s/ NORMAN A. PATTIS

---

iii