# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM H. SHEHADI, JR., A CONSERVED PERSON BY AND THROUGH THE CONSERVATOR OF HIS ESTATE, ALBERT B. SHEHADI, | : : : : : | CIVIL ACTION NO. 3:18-cv-00360-WWE |
| Plaintiff, v. | : : : | |
| MARK CUSSON, MICHAEL PRESNICK, CARL BENJAMIN, WILLIE BETHEA, LANCE CAMBY, CLAYTON DAVIS, GREG GIANTONIO, BRUCE HOLT, ROBERT LARNED, ROBERT MARTINEAU, PATRICK O'BRIEN, AND SETH QUIDER, | : : : : : : : | September 4, 2018 |
| Defendants. | : : | |

## PLAINTIFF'S MOTON TO STAY ALL PROCEEDINGS IN THIS ACTION DURING THE PENDENCY OF THE RELATED CRIMINAL CASES

The plaintiff hereby moves for a modification of the stay order in this case. (Docket No. 55). In its May 30, 2018 Order, the Court granted a stay as to all discovery and proceedings, including motion practice, concerning the ten defendants facing criminal prosecution. The stay does not apply to the two defendants who are not facing criminal charges, namely defendants Robert Martineau and Patrick O'Brien, and the stay is to be lifted as to each stayed defendant as soon as that defendant either pleads to one or more charges, is found guilty, or is acquitted by the finder of fact. To date, the criminal charges against the non-stayed defendants remain pending.

The plaintiff seeks to extend the stay order in this case as to **all** defendants until the conclusion of **all** criminal proceedings. The proposed stay would prevent duplicative

discovery and motion practice, and would ensure the expeditious resolution of the case. Counsel for the plaintiff has informed all defendants of his intent to seek a modification of the stay order. To date, counsel for defendants Mark Cusson, Bruce Holt, Patrick O'Brien, Michael Presnick, and Robert Larned, and pro se defendant Clayton Davis, do not object to this request.  The other defendants have failed to respond.

                RESPECTFULLY SUBMITTED,
                THE PLAINTIFF

                BY__/s/ Antonio Ponvert III
                Antonio Ponvert III  ct17516
                Koskoff, Koskoff & Bieder, P.C.
                350 Fairfield Avenue
                Bridgeport, CT  06604
                Tel: (203) 336-4421
                Fax: (203) 368-3244
                Email: aponvert@koskoff.com

**CERTIFICATION**

     I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                       /s/Antonio Ponvert III
                                       Antonio Ponvert III