UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM H. SHEHADI, JR., A CONSERVED PERSON BY AND THROUGH THE CONSERVATOR OF HIS ESTATE, ALBERT B. SHEHADI, | : : : : : | CIVIL ACTION NO. 3:18-cv-00360-MPS |
| Plaintiff, | : : | |
| v. | : : | |
| MARK CUSSON, MICHAEL PRESNICK, CARL BENJAMIN, WILLIE BETHEA, LANCE CAMBY, CLAYTON DAVIS, GREG GIANTONIO, BRUCE HOLT, ROBERT LARNED, ROBERT MARTINEAU, PATRICK O'BRIEN, AND SETH QUIDER, | : : : : : : : | November 16, 2020 |
| Defendants. | : : | |

## JOINT STATUS REPORT

Pursuant to the Court's October 23, 2019 Order, the parties[1] hereby submit the following status report:

(a) <u>The status of the case, describing the status of discovery and identifying any pending motions and any circumstances potentially interfering with the parties' compliance with the scheduling order (including the status defendants' criminal trials).</u>

| | |
|---|---|
| Mark Cusson | Mark Cusson is serving his sentence after conviction by way of jury trial. He is taking an appeal. Case No. A.C. 43352 |
| Michael Presnick | Michael Presnick's case is still pending in Middlesex Judicial District dkt no MMX CR17-0213060T. He was granted Accelerated Pretrial Rehabilitation on August 22, 2019 and his disposition date is August 21, 2021. |

---

[1] Plaintiff's counsel's office reached out to all defense counsel and pro se defendants on November 5, 2020 and received responses from counsel of record for defendants Mark Cusson, Michael Presnick, Robert Larned, and Seth Quider. Remaining defendants did not respond, and defendants Lance Camby and Greg Giantonio have not entered appearances in this action.

| | |
|---|---|
| Carl Benjamin | No criminal case pending as to this defendant. |
| Willie Bethea | No criminal case pending as to this defendant. |
| Lance Camby | No criminal case pending as to this defendant. |
| Clayton Davis | No criminal case pending as to this defendant. |
| Greg Giantonio | No criminal case pending as to this defendant. |
| Bruce Holt | No criminal case pending as to this defendant. |
| Robert Larned | No criminal case pending as to this defendant. |
| Robert Martineau | No criminal case initiated as to this defendant. |
| Patrick O'Brien | No criminal case pending as to this defendant. |
| Seth Quider | Seth Quider entered a plea and completed his sentence. |

Counsel for Michael Presnick, Mark Cusson, Robert Larned and Seth Quider have not conducted any discovery at this time and plan to file a motion to modify the scheduling order to extend the discovery deadline.

In accordance with the scheduling order in this case, the plaintiff served his Damages Analysis on September 1, 2020. There are currently no motions pending before the Court.

(b)     Interest in referral for settlement purposes to a United States Magistrate Judge or to the District's special masters program:

At this time, the parties have considered the desirability of settlement and do not seek referral to mediation, as settlement is unlikely.

(c)     Whether the parties will consent to a trial before a magistrate judge:

The parties will not consent to a trial before a United States Magistrate Judge.

(d)     The estimated length of trial.

The estimated length of the trial is 7 days.

RESPECTFULLY SUBMITTED,

THE PLAINTIFF,

BY: /s/ Antonio Ponvert III
Antonio Ponvert, III ct17516
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT  06604
Tel: (203) 336-4421
Fax: (203) 368-3244
Email: aponvert@koskoff.com

THE PLAINTIFF,

BY: /s/ Kirk W. Lowry
Kirk W. Lowry
Connecticut Legal Rights Project, Inc. – Mdltn
Silver St., PO Box 351
Middletown, CT 06457
Tel: (860) 262-5017
Fax: (860) 262-5035
Email: Klowry@clrp.org

THE DEFENDANT, MICHAEL PRESNICK

BY: /s/ Thomas P. Moriarty
Thomas P. Moriarty  ct03778
William H. Paetzold  ct10074
Moriarty, Paetzold & Sherwood
2230 Main Street
Glastonbury, CT  06033
Tel. (860) 657-1010
Fax (860) 657-1011
E-Mail: tom@mpslawfirm.com

THE DEFENDANT, ROBERT LARNED

BY: /s/ Jon D. Golas
Jon D. Golas ct23324
Golas, Golas & Golas, PC
249 East Center Street
Manchester, CT 06040
Tel No: 860-646-4545
Fax no: 860-646-8604
Email: jgolas@golaslaw.com

3

THE DEFENDANTS, PATRICK O'BRIEN AND BRUCE HOLT

BY: /s/ John R. Williams
John R. Williams ct00215
51 Elm Street
New Haven, CT 06510
Tel No: 203-562-9931
Fax No: 203-776-9494
Email: jrw@johnrwilliams.com

THE DEFENDANT, MARK CUSSON

BY: /s/ Norman A. Pattis
Norman A. Pattis  ct13120
Pattis & Smith, LLC
383 Orange Street, First Floor
New Haven, CT  06511
203.393.3017
203.393.9745
Email: NPattis@pattisandsmith.com

and

BY: /s/ John F. Costa
John F. Costa
Ryan Ryan Deluca, LLP
1000 Lafayette Blvd., Suite 800
Bridgeport, CT 06604
Tel: (203) 549-6650
Fax: (203) 549-6655
Email: jfcosta@ryandelucalaw.com

THE DEFENDANT, ROBERT MARTINEAU

BY: /s/ Norman A. Pattis
Norman A. Pattis  ct13120
Pattis & Smith, LLC
383 Orange Street, First Floor
New Haven, CT  06511
203.393.3017
203.393.9745
Email: NPattis@pattisandsmith.com

5

        THE DEFENDANT SETH QUIDER

        BY: <u>/s/ Wystan M. Ackerman</u>
        Wystan M. Ackerman
        Robinson & Cole, LLP
        280 Trumbull St.
        Hartford, CT 06103
        860-275-8388
        Fax: 860-275-8299
        Email: wackerman@rc.com

**CERTIFICATION**

  I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

                     **/s/**_____
                      Antonio Ponvert III