UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM H. SHEHADI, JR., A CONSERVED PERSON, BY AND THROUGH THE CONSERVATOR OF HIS ESTATE, ALBERT B. SHEHADI, | : : : : : | CIVIL NO. 3:18-CV-00360-MPS |
| Plaintiff, | : : | |
| v. | : : | |
| MARK CUSSON, MICHAEL PRESNICK, CARL BENJAMIN, WILLIE BETHEA, LANCE CAMBY, CLAYTON DAVIS, GREG GIANTONIO, BRUCE HOLT, ROBERT LARNED, ROBERT MARTINEAU, PATRICK O'BRIEN, AND SETH QUIDER, | : : : : : : : | JUNE 14, 2022 |
| Defendants. | : | |

## STATUS REPORT

Pursuant to the Court's December 15, 2021 Order, the plaintiff hereby advises the Court that on June 22, 2022 the Middletown Probate Court will hold a hearing on the plaintiff's Petition to Approve Proposed Settlement Agreements in this case and in a companion state case. The parties to this case expect to file a stipulation of dismissal within one week of the Probate Court's approval of all agreements.

                                                              Respectfully submitted,

                                                              THE PLAINTIFF,

BY:  /s/_____
        Antonio Ponvert III
        Koskoff, Koskoff & Bieder, P.C.
        350 Fairfield Avenue
        Bridgeport, Connecticut 06604
        Telephone No. (203) 336-4421
        Email: aponvert@koskoff.com
        Juris No. 32250

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

        /s/_____
        Antonio Ponvert III